UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JANET HILLER,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN NEVEN, *et al.*,<br><br>    Respondents. | Case No. 2:19-cv-00260-RFB-GWF<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE A SECOND AMENDED PETITION (ECF NO. 14)** |

In this habeas corpus action, the petitioner, Janet Hiller, with counsel, filed an amended habeas petition on June 28, 2019 (ECF No. 12). On that date, Hiller also filed a motion for leave to file a second amended petition (ECF No. 14), requesting ninety days to further amend her petition. Hiller represents in the motion that she filed the first amended petition out of concern about the operation of the statute of limitations with respect to certain claims, but requests leave to further amend to further refine her petition. Respondents filed a notice of non-opposition to that motion on July 11, 2019 (ECF No. 15). Good cause appearing,

**IT IS ORDERED** that Petitioner's Motion for Leave to File a Second Amended Petition (ECF No. 14) is **GRANTED**. Petitioner will have 90 days from the date of this order to file a second amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the order entered April 23, 2019 (ECF No. 11) will remain in effect.

DATED this 15th day of July, 2019.

                                                                                      RICHARD F. BOULWARE, II,
                                                                                      UNITED STATES DISTRICT JUDGE