**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JANET HILLER,

      Petitioner,

      v.

WARDEN NEVEN, *et al.*,

      Respondents.

Case No. 2:19-cv-00260-RFB-GWF

**ORDER GRANTING MOTION FOR EXTENSION OF TIME (ECF NO. 20)**

In this habeas corpus action, after a 62-day extension of time (ECF No. 19), the petitioner, Janet Hiller, with appointed counsel, was due to file a second amended habeas petition by December 16, 2019.

On December 16, 2019, Hiller filed a motion for extension of time (ECF No. 20), requesting a second extension of time, of 60 days, to February 14, 2020, to file her second amended petition. Hiller's counsel states that the extension of time is necessary because of his workload and the ongoing investigation in this case. The respondents do not oppose the motion for extension of time.

The Court finds that Hiller's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Petitioner's motion for extension of time (ECF No. 20) is **GRANTED**. Petitioner will have until and including **February 14, 2020**, to file her second amended habeas petition.

///

///

///

///

1

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered April 23, 2019 (ECF No. 11) will remain in effect.

DATED THIS 16th day of December, 2019.

_____
**RICHARD F. BOULWARE, II,**
**UNITED STATES DISTRICT JUDGE**