Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Jonathan M. Kirshbaum
Assistant Federal Public Defender
New York State Bar No. 2857100
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
jonathan_kirshbaum@fd.org

*Attorney for Petitioner Janet Hiller

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Janet Hiller,<br><br>       Petitioner,<br><br>    v.<br><br>Dwight Neven, *et al.*,<br><br>       Respondents. | Case No. 2:19-cv-00260-RFB-EJY<br><br>**Unopposed motion for extension of time to file Second Amended Petition**<br><br>**(Third Request)** |

Petitioner Janet Hiller moves for an extension of time of 31 days, up to and including Monday, March 16, 2020 to file the Second Amended Petition. Respondents do not oppose this request.

## POINTS AND AUTHORITIES

1. Petitioner Janet Hiller filed a first amended petition on June 28, 2019. ECF No. 12. At the same time, she moved for leave to file a second amended petition. ECF No. 14. On July 15, 2019, this Court granted the motion and ordered the second amended petition to be filed by October 15, 2019. ECF No. 16. Hiller's two previous 60-day extensions of time were granted, ECF Nos. 19, 21, making February 14, 2020, the current deadline to file the second amended petition.

2. Counsel for Hiller requests a third extension of time of 31 days to file the second amended petition. This Office's continuing investigation of the case as well as counsel's administrative obligations as Chief have prevented counsel from meeting the current deadline.

3. Over the past month, counsel has done a significant amount of work on the petition and the investigation has taken significant steps forward. However, counsel is currently waiting on two declarations to be signed and returned to him. In addition, counsel is waiting on medical records that were ordered back in January. Counsel believes that both the declarations and the records should be received within the next 31 days.

4. In addition to the continuing investigation, counsel's administrative and management responsibilities have consumed a significant portion of his time. Undersigned counsel was promoted to Chief of the Non-Capital Habeas Unit on July 1, 2019. As a result, undersigned counsel has continued to dedicate a great deal of time over the last two months focusing on administrative and management tasks. This included preparing and presenting a CLE on ineffective assistance of counsel standards. Further, counsel has had to supervise and train two new attorneys, which included reviewing several pleadings and accompanying them on multiple prison visits to meet their new clients. Counsel has also needed to replace a clerical assistant and start the process for hiring a new attorney to replace an attorney leaving the

| | |
|---|---|
| 1 | unit. This last task has included a significant amount of time and energy trying to |
| 2 | figure out how to address the departing attorney's pending cases. At the same time, |
| 3 | undersigned counsel maintains a caseload. Within the past two months, undersigned |
| 4 | counsel has had to prepare and file two cert. petitions, draft a motion in state court. |

5. For these reasons, counsel is requesting an additional 31 days to file the second amended petition.

6. On February 12, 2020, counsel for respondents, Deputy Attorney General Jaimie A. Stilz, indicated by email respondents do not oppose this request with the understanding that the lack of objection is not a waiver or concession of any kind.

7. This motion is not filed for the purpose of delay, but in the interests of justice, as well as in the interest of Ms. Hiller. Counsel for Petitioner respectfully requests that this Court grant this motion and order Petitioner to file the Second Amended Petition no later than Monday March 16, 2020.

Dated February 13, 2020.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Jonathan M. Kirshbaum*
Jonathan M. Kirshbaum
Assistant Federal Public Defender

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 18th day of February, 2020.

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on February 13, 2020, I electronically filed the foregoing with |
| 3 | the Clerk of the Court for the United States District Court, District of Nevada by |
| 4 | using the CM/ECF system. |
| 5 | Participants in the case who are registered CM/ECF users will be served by |
| 6 | the CM/ECF system and include: Jaimie Stilz. |
| 7 | I further certify that some of the participants in the case are not registered |
| 8 | CM/ECF users. I have mailed the foregoing by First-Class Mail, postage pre-paid, or |
| 9 | have dispatched it to a third party commercial carrier for delivery within three |
| 10 | calendar days, to the following non-CM/ECF participants: |

Janet Hiller
#82339
Jean Conservation Camp
3 Prison Road
P.O. Box 19859
Jean, NV 89019

/s/ Richard D. Chavez
An Employee of the
Federal Public Defender,
District of Nevada