# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JANET HILLER,

    Petitioner,

v.

ATTORNEY GENERAL OF THE STATE OF NEVADA, *et al.*,

    Respondents.

Case No. 2:19-cv-00260-RFB-EJY

**ORDER**

In this habeas corpus action, the respondents were due to file a response to Janet Hiller's third amended petition for writ of habeas corpus (ECF No. 46) by March 20, 2024. See ECF No. 50.

On March 20, 2024, Respondents filed a motion for extension of time (ECF No. 51) requesting a 30-day extension, to April 19, 2024. This would be the first extension of this deadline. Respondents' counsel states that the extension of time is necessary because of the time it has taken to obtain and review the state court record. Respondents' counsel represents that Hiller, who is represented by appointed counsel, does not oppose the motion for extension of time.

The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

///
///
///
///
///
///

1

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 51) is **GRANTED**. Respondents will have until and including **April 19, 2024**, to file an answer or other response to Petitioner's third amended petition for writ of habeas corpus (ECF No. 46).

**DATED:** March 28, 2024.

_____
**RICHARD F. BOULWARE, II UNITED STATES DISTRICT JUDGE**