UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JANET HILLER,<br><br>    Petitioner,<br><br>    v.<br><br>ATTORNEY GENERAL OF THE STATE OF NEVADA, *et al.*,<br><br>    Respondents. | Case No. 2:19-cv-00260-RFB-EJY<br><br>**ORDER** |

In this habeas corpus action, after a 90-day initial period and then a 30-day extension of time, the respondents were due to file a response to Janet Hiller's third amended petition for writ of habeas corpus (ECF No. 46) by April 19, 2024.

On April 19, 2024, Respondents filed a motion for extension of time (ECF No. 53) requesting a further 14-day extension, to May 3, 2024. Respondents' counsel states that the extension of time is necessary because of illness. Respondents' counsel represents that Hiller, who is represented by appointed counsel, does not oppose the motion for extension of time.

The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 53) is **GRANTED**. Respondents will have until and including **May 3, 2024**, to file an answer or other response to the third amended petition for writ of habeas corpus (ECF No. 46).

**DATED:** April 23, 2024



**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**