UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JANET HILLER,<br><br>    Petitioner,<br><br>    v.<br><br>ATTORNEY GENERAL OF THE STATE OF NEVADA, *et al.*,<br><br>    Respondents. | Case No. 2:19-cv-00260-RFB-EJY<br><br>**ORDER** |

In this habeas corpus action, the respondents filed a motion to dismiss on May 7, 2024 (ECF No. 66). The petitioner, Janet Hiller, represented by appointed counsel, was due to respond to the motion to dismiss by July 8, 2024. *See* Scheduling Order entered December 22, 2023 (ECF No. 50).

On July 8, 2024, Hiller filed a motion for extension of time (ECF No. 69) requesting a 45-day extension, to August 22, 2024, to respond to the motion to dismiss. Hiller's counsel states that the extension of time is necessary because she is relatively new to this case and because of her obligations in other cases. Hiller's counsel represents that Respondents do not oppose the motion for extension of time.

The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

///

///

///

///

///

///

1

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 69) is **GRANTED**. Petitioner will have until and including **August 22, 2024**, to respond to the motion to dismiss. In all other respects, the schedule for further proceedings set forth in the order entered December 22, 2023 (ECF No. 50) remains in effect.

DATED: July 8, 2024.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE