UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JANET HILLER, | Case No. 2:19-cv-00260-RFB-EJY |
| Petitioner, | |
| v. | **ORDER** |
| ATTORNEY GENERAL OF THE STATE OF NEVADA, *et al.*, | |
| Respondents. | |

   In this habeas corpus action, the respondents filed a motion to dismiss on May 7, 2024 (ECF No. 66). After a 60-day initial period, a 45-day extension, and a 60-day extension, the petitioner, Janet Hiller, represented by appointed counsel, was due to respond to the motion to dismiss by October 21, 2024. See ECF Nos. 50, 70, 73. On October 21, 2024, Hiller filed a motion for extension of time (ECF No. 74) requesting a further 30-day extension, to November 20, 2024. Hiller's counsel states that this extension of time is necessary because she is relatively new to this case, because of the relative complexity of the case, and because Hiller's health issues have made it difficult to hold an attorney-client meeting. Hiller's counsel represents that the respondents do not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

///

///

///

///

///

1

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 74) is **GRANTED** *nunc pro tunc*. Petitioner will have until and including **November 20, 2024**, to respond to the motion to dismiss. In all other respects, the schedule for further proceedings set forth in the order entered December 22, 2023 (ECF No. 50) remains in effect.

**DATED**: November 4, 2024

_____
**RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE**