UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JANET HILLER,<br><br>    Petitioner,<br><br>v.<br><br>ATTORNEY GENERAL OF THE STATE OF NEVADA, *et al.*,<br><br>    Respondents. | Case No. 2:19-cv-00260-RFB-EJY<br><br>**ORDER** |

    In this habeas corpus action, the respondents filed a motion to dismiss on May 7, 2024 (ECF No. 66). The petitioner, Janet Hiller, represented by appointed counsel, filed an opposition to the motion to dismiss on November 20, 2024, and a motion for leave to conduct discovery and motion for evidentiary hearing on November 27, 2024. ECF Nos. 76, 79, 81. Respondents were due to file a reply in support of their motion to dismiss, and responses to Hiller's motions, by December 20, 2024. *See* ECF No. 50. On December 20, Respondents filed a motion for extension of time (ECF No. 82) requesting a 90-day extension, to March 20, 2025. This would be the first extension of this deadline. Respondents' counsel states that the extension is necessary because of the complexity of this case and because of time away from work for personal medical reasons. Respondents' counsel represents that Hiller does not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time. The Court will grant the motion for extension of time as requested.

    On November 20, 2024, Hiller filed a motion (ECF No. 78) requesting leave of court to file an opposition to the motion to dismiss in excess of the 30-page limit imposed by Local Rule

LSR 3-2(b); Hiller's response to the motion to dismiss (ECF No. 76) is 34 pages long. Good cause appearing, the Court will grant this motion, and accept the opposition to the motion to dismiss (ECF No. 76) as filed.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 82) is **GRANTED**. Respondents will have until and including **March 20, 2025**, to file a reply to Petitioner's opposition to their motion to dismiss, a response to Petitioner's motion for leave to conduct discovery, and a response to Petitioner's motion for evidentiary hearing. In all other respects, the schedule for further proceedings set forth in the order entered December 22, 2023 (ECF No. 50) remains in effect.

**IT IS FURTHER ORDERED** that Petitioner's Motion for Leave to File Opposition to Motion to Dismiss in Excess of the Page Limit (ECF No. 78) is **GRANTED**. The Court accepts Petitioner's opposition to the motion to dismiss (ECF No. 76) as filed.

**DATED:** December 27, 2024.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**