UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JANET HILLER,<br><br>  Petitioner,<br><br>v.<br><br>ATTORNEY GENERAL OF THE STATE OF NEVADA, *et al.*,<br><br>  Respondents. | Case No. 2:19-cv-00260-RFB-EJY<br><br>**ORDER** |

 In this habeas corpus action, the respondents filed a motion to dismiss on May 7, 2024 (ECF No. 66). The petitioner, Janet Hiller, represented by appointed counsel, filed an opposition to the motion to dismiss on November 20, 2024, and a motion for leave to conduct discovery and motion for evidentiary hearing on November 27, 2024. ECF Nos. 76, 79, 81. Respondents were due to file a reply in support of their motion to dismiss, and responses to Hiller's motions, by March 20, 2025. See ECF No. 50. On March 20, Respondents filed a motion for extension of time (ECF No. 84) requesting a 60-day extension, to May 19, 2025. This would be the second extension of this deadline; the initial period for these filings was 30 days, and the first extension of time was for 90 days. See ECF Nos. 50, 83. Respondents' counsel states that the extension is necessary because of obligations in other cases and personal medical matters. Respondents' counsel represents that Hiller does not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time. The Court will grant the motion for extension of time as requested.

However, given the time Respondents will now have had for these filings—six months—the Court will not be inclined to further extend this deadline.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 84) is **GRANTED** *nunc pro tunc*. Respondents will have until and including **May 19, 2025**, to file a reply to Petitioner's opposition to their motion to dismiss, a response to Petitioner's motion for leave to conduct discovery, and a response to Petitioner's motion for evidentiary hearing. In all other respects, the schedule for further proceedings set forth in the order entered December 22, 2023 (ECF No. 50) remains in effect.

**DATED**: April 1, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**