UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JANET HILLER,<br><br>  Petitioner,<br><br>v.<br><br>ATTORNEY GENERAL OF THE STATE OF NEVADA, *et al.*,<br><br>  Respondents. | Case No. 2:19-cv-00260-RFB-EJY<br><br>**ORDER** |

In this habeas corpus action, Respondents filed their motion dismiss on May 7, 2024. ECF No. 66. Petitioner, Janet Hiller, represented by appointed counsel, filed her opposition to the motion to dismiss on November 20, 2024, as well as a motion for leave to conduct discovery and motion for evidentiary hearing on November 27, 2024. ECF Nos. 76, 79, 81. After a 30-day initial period, a 90-day extension, and a 60-day extension, Respondents were due to file a reply in support of their motion to dismiss, and responses to Hiller's motions, by May 19, 2025. See ECF Nos. 50, 83, 85. When the Court granted the last extension of time, the Court stated, with emphasis: "[G]iven the time Respondents will now have had for these filings—six months—the Court will not be inclined to further extend this deadline." ECF No. 85 at 2.

Notwithstanding that warning—and without mentioning it—on May 19, 2025, Respondents filed a motion for extension of time requesting a further 30-day extension, to June 18, 2025. ECF Nos. 86-87. Respondents' counsel states that the extension is necessary because of obligations in other cases and personal medical matters. Respondents' counsel represents that Hiller does not oppose the extension. The Court finds that the motion for extension of time is made

1

in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time. The Court will grant the motion for extension of time.

<u>The Court will not further extend this deadline absent extraordinary circumstances</u>.

Therefore, **IT IS HEREBY ORDERED** that Respondents' motion for extension of time (ECF Nos. 86, 87) is **GRANTED** *nunc pro tunc*. Respondents will have until and including **June 18, 2025**, to file a reply to Petitioner's opposition to their motion to dismiss, a response to Petitioner's motion for leave to conduct discovery, and a response to Petitioner's motion for evidentiary hearing. In all other respects, the schedule for further proceedings set forth in the Order entered December 22, 2023 (ECF No. 50) remains in effect.

**DATED**: May 28, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**