1

2

3

4                                    **UNITED STATES DISTRICT COURT**

5                                         **DISTRICT OF NEVADA**

6

7    JANET HILLER,                                    Case No. 2:19-cv-00260-RFB-EJY

8         Petitioner,

                                                      **ORDER**
9         v.

10   ATTORNEY GENERAL OF THE
     STATE OF NEVADA, *et al.*,
11
          Respondents.
12

13

14        In this habeas corpus action, Respondents filed a motion to dismiss on May 7, 2024. ECF

15   No. 66. Petitioner Janet Hiller, represented by appointed counsel, filed an opposition to the motion

16   to dismiss on November 20, 2024, and a motion for leave to conduct discovery and motion for

17   evidentiary hearing on November 27, 2024. ECF Nos. 76, 79, 81. After a 30-day initial period and

18   extensions of 90, 60 and 30 days, Respondents were to file a reply in support of their motion to

19   dismiss and responses to Hiller's motions by June 18. See ECF Nos. 50, 83, 85, 88.

20        On June 18, Respondents filed oppositions to the motion for leave to conduct discovery

21   and motion for evidentiary hearing. ECF Nos. 89, 90. On that date, Respondents also filed a motion

22   for extension of time, requesting a further two-day extension for their reply in support of the

23   motion to dismiss. ECF No. 91. On June 20, Respondents filed the reply, as contemplated in their

24   motion for extension of time. ECF No. 92. The Court finds that this motion for extension of time

25   was made in good faith and not solely for the purpose of delay, and that there is good cause for the

26   extension of time. The Court will grant the motion for extension of time, and treat Respondents'

27   reply in support of their motion to dismiss as timely filed.

28

                                                     1

1   Hiller was then to file replies in support of her motion for leave to conduct discovery and

2   motion for evidentiary hearing by July 8. <u>See</u> ECF No. 50 (20 days for replies). On June 25, Hiller

3   filed a motion for extension of time, requesting that the time for the replies be extended to July

4   25—an extension of 17 days, not 30 days as Hiller characterizes it. The Court finds that this motion

5   for extension of time, too, is made in good faith and not solely for the purpose of delay, and that

6   there is good cause for the requested extension of time. The Court will grant this extension as

7   requested.

8   **IT IS THEREFORE ORDERED** that Respondents' motion for enlargement of time

9   (ECF No. 91) is **GRANTED *nunc pro tunc***.

10   **IT IS THEREFORE ORDERED** that Petitioner's motion for enlargement of time (ECF

11   No. 93) is **GRANTED**. Petitioner will have until and including **July 8, 2025**, to file replies in

12   support of her motion for leave to conduct discovery and motion for evidentiary hearing.

13   **DATED**: June 27, 2025.

14

15   _____

16   **RICHARD F. BOULWARE, II**
     **UNITED STATES DISTRICT JUDGE**

17

18

19

20

21

22

23

24

25

26

27

28