UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JANET HILLER,<br><br>    Petitioner,<br><br>v.<br><br>ATTORNEY GENERAL OF THE STATE OF NEVADA, *et al.*,<br><br>    Respondents. | Case No. 2:19-cv-00260-RFB-EJY<br><br>**ORDER** |

In this habeas corpus action, Respondents were to file their answer by December 29, 2025. See ECF No. 98. On December 29, Respondents filed a motion for extension of time, requesting a 60-day extension, until February 27, 2026. ECF No. 100. Respondents' counsel states that the extension is necessary because of computer problems in August and September, other professional obligations, personal medical issues, and time away from work on annual leave and for the holidays. Counsel represents that Petitioner Janet Hiller, who is represented by appointed counsel, does not oppose the request. The Court finds that there is good cause for the extension of time. The Court will grant the motion for extension of time.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 100) is **GRANTED** *nunc pro tunc*. Respondents will have until and including **February 27, 2026**, to file their answer. In all other respects, the schedule for further proceedings set forth in the order entered December 22, 2023 (ECF No. 50) remains in effect.

**DATED**: January 7, 2026.

                                                  **RICHARD F. BOULWARE, II**
                                                  **UNITED STATES DISTRICT JUDGE**