**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JANET HILLER,<br><br>        Petitioner,<br><br>        v.<br><br>ATTORNEY GENERAL OF THE<br>STATE OF NEVADA, *et al.*,<br><br>        Respondents. | Case No. 2:19-cv-00260-RFB-EJY<br><br><br>**ORDER** |

In this habeas corpus action, after a 90-day initial period and a 60-day extension, Respondents were to file their answer by February 27, 2026. See ECF Nos. 98, 101. On February 27, Respondents filed a motion for extension of time, requesting a further 45-day extension, to April 13, 2026. ECF No. 102. Respondents' counsel states that the extension is necessary because of obligations in other cases, "on-going medical issues, pre-planned annual leave, and all the recent holidays." Id. Counsel represents that Petitioner Janet Hiller, who is represented by appointed counsel, does not oppose the request. Id. The Court finds that there is good cause for the extension of time. The Court will grant the motion for extension of time.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 102) is **GRANTED** *nunc pro tunc*. Respondents will have up to and including **April 13, 2026**, to file their answer. In all other respects, the schedule for further proceedings set forth in the Order entered December 22, 2023 (ECF No. 50) remains in effect.

**DATED**: March 2, 2026.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

1