**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| JANET HILLER,<br><br>Petitioner,<br>v.<br><br>NEVEN, *et al.*,<br><br>Respondents. | Case No. 2:19-cv-00260-RFB-EJY<br><br>**ORDER GRANTING EXTENSION** |

Petitioner Janet Hiller seeks an unopposed 59-day extension of time to file her reply in support of her third amended petition for a writ of habeas corpus. See ECF No. 109. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion. See Fed. R. Civ. P. 6(b); D. Nev. R. LR IA 6-1.

**IT IS HEREBY ORDERED** that Petitioner’s second Unopposed Motion for Extension of Time to file Reply to Answer (ECF No. 109) is **GRANTED**. Petitioner’s reply to the answer is due on or before **October 23, 2026**.

**DATED**: August 25, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**