Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ebise Bayisa
Assistant Federal Public Defender
District of Columbia Bar No. 974534
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ebise_Bayisa@fd.org

*Attorney for Petitioner Janet Hiller

# United States District Court
# District of Nevada

Janet Hiller,

Petitioner,

v.

Dwight Neven, *et al.*,

Respondents.

Case No. 2:19-cv-00260-RFB-EJY

**Unopposed motion for extension of time to file reply to answer**

**(Fourth request)**

Petitioner Janet Hiller respectfully asks this Court to extend the deadline for filing a reply to Respondents' answer by 30 days, until December 23, 2026.

Ms. Hiller filed her third amended petition on December 7, 2022[1] and Respondents filed their answer on April 27, 2026.[2] Ms. Hiller's reply is currently due on November 23, 2026.

On September 10, 2026, undersigned counsel filed a Suggestion of Death Upon the Record, attaching a Death Certificate.[3] This Court has not yet taken action on that filing. Because the Suggestion of Death may affect the posture of this case and the necessity or scope of further briefing, undersigned counsel requests additional time to allow the Court to address the Suggestion of Death before the reply is due.

On November 23, 2026, counsel for Respondents, Jaimie Stilz, notified undersigned counsel that she did not object to this request for additional time.

In sum, counsel requests an additional 30 days, up to and including December 23, 2026, in which to file a reply to Respondents' answer. This is Ms. Hiller's third motion for extension of time. This motion is not filed for the purpose of delay, but in the interests of justice, as well as Ms. Hiller's interests. Counsel respectfully asks the Court to grant the requested extension.

---

[1] ECF No. 40.

[2] ECF No. 106.

[3] ECF No. 111.

Dated November 23, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Ebise Bayisa*
Ebise Bayisa
Assistant Federal Public Defender

IT IS SO ORDERED:

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Dated: November 23, 2026